## N. C. STATE BAR v. SHEFFIELD

No. 248P85.

Case below: 73 N.C. App. 349.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 3 July 1985.

## NORTHWESTERN BANK v. WESTON

No. 246P85.

Case below: 73 N.C. App. 162.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 3 July 1985.

## PORET v. STATE PERSONNEL COMM.

No. 403P85.

Case below: 74 N.C. App. 536.

Petition by State Personnel Commission for discretionary review under G.S. 7A-31 denied 18 July 1985. Petitions by State Personnel Director and Office of State Personnel for discretionary review under G.S. 7A-31 and for writ of supersedeas and temporary stay denied 18 July 1985.

## RADFORD v. NORRIS

No. 260P85.

Case below: 74 N.C. App. 87.

Petition by defendants for discretionary review under G.S. 7A-31 denied 3 July 1985.

## SCALES v. TUCKER

No. 262P85.

Case below: 73 N.C. App. 696.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 July 1985.